Bruce W. PATTON, Petitioner,

v.

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,
Respondent.

No. 2008–3327.

United States Court of Appeals,
Federal Circuit.

Oct. 30, 2008.

ON MOTION

*ORDER*

Bruce W. Patton moves for reconsideration of the court's September 30, 2008 order, 2008 WL 5749920, dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement, with Rule 15(c) statement attached. The National Aeronautics and Space Administration states that it does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The September 30 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Patton's brief is due within 30 days of the date of filing of this order.

Bruce W. PATTON, Petitioner,

v.

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,
Respondent.

No. 2008–3171.

United States Court of Appeals,
Federal Circuit.

Oct. 30, 2008.

Christopher F. Attig, Attig Law Firm, PLLC, Dallas, TX, for Petitioner.

Jane W. Vanneman, Brian T. Edmunds, Department of Justice, Washington, DC, for Respondent.

ON MOTION

*ORDER*

Bruce W. Patton moves for reconsideration of the court's October 1, 2008 order, 315 Fed.Appx. 250, dismissing his petition for review for failure to file an appendix, with a notice of adoption of National Aeronautics and Space Administration's (NASA) appendix attached. NASA states that it does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The October 1 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.